USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: *07/03/2014*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To All Actions*
-------------------------------------------------------------------------------x

14-MD-2543 (JMF)
14-MC-2543 (JMF)

**ORDER NO. 2**

JESSE M. FURMAN, United States District Judge:

This Order relates to the procedures that should be followed by attorneys who wish to be admitted *pro hac vice* in the Southern District of New York for cases that are part of the above-captioned multidistrict litigation ("MDL").

As Section V of this Court's June 24, 2014 Order No. 1 (Docket No. 19) explained, in accord with Rule 2.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, all counsel appearing in any of the actions listed in Schedule A *prior to* their transfer to this district need not enter a notice of appearance or submit a *pro hac vice* application to practice before this Court, and need not obtain local counsel. All counsel who did not appear in a related action prior to the Transfer Orders, however, must enter a notice of appearance on 14-MD-2543 and, if necessary, apply for *pro hac vice* status.

An attorney need file only one *pro hac vice* motion, even if he or she is the attorney of record for several individual plaintiffs. The *pro hac vice* motion should be filed in the MDL (14-MD-2543), and "spread" to all cases for which the attorney represents an individual plaintiff. (As explained in Section VI of the Court's June 24, 2014 Order No. 1, *pro hac vice* motions should ***not*** be filed in the master case file, 14-MC-2543. Any improperly filed applications will be stricken.) The attorney shall be required to pay the *pro hac vice* fee only one time.

If an attorney is in need of assistance, please call the Help Desk at 212-805-0800.

SO ORDERED.

Dated: July 3, 2014
      New York, New York

_____
JESSE M. FURMAN
United States District Judge