```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/10/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To All Actions*
-------------------------------------------------------------------------x

14-MD-2543 (JMF)
14-MC-2543 (JMF)

ORDER NO. 4

JESSE M. FURMAN, United States District Judge:

      As explained in Section VI of the Court's June 24, 2014 Order No. 1, and again in the Court's July 3, 2014 Order No. 2, *pro hac vice* motions should be filed in 14-MD-2543 (and "spread" to all cases for which the attorney represents an individual plaintiff), and should ***not*** be filed in the master case file, 14-MC-2543.  Any improperly filed applications will be stricken.

      Accordingly, the Clerk of Court is directed to strike Gregory Wiggins's Amended Motion for Admission *Pro Hac Vice*, Docket No. 14, from 14-MC-2534.

      SO ORDERED.

Dated: July 10, 2014
      New York, New York

_____
JESSE M. FURMAN
United States District Judge