```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE:
                                                          14-MD-2543 (JMF)
GENERAL MOTORS LLC IGNITION SWITCH LITIGATION             14-MC-2543 (JMF)

This Document Relates To All Actions                      ORDER NO. 6
------------------------------------------------------------------------x
```

JESSE M. FURMAN, United States District Judge:

In Order No. 5, the Court set out procedures for counsel to apply for various leadership positions — including Plaintiffs' Lead Counsel — in the multidistrict litigation ("MDL") by July 28, 2014. (14-MD-2543, Docket No. 70). The Court hereby grants leave to any counsel who was not part of the MDL as of that date, and whose case or cases were added to the MDL since that date, to file an application. Counsel shall file any such application, pursuant to the guidance and procedures set forth in Section II of Order No. 5, no later than **August 8, 2014, at 5 p.m.**

SO ORDERED.

Dated: August 7, 2014
       New York, New York

_____
JESSE M. FURMAN
United States District Judge

1