USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/28/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To All Actions*

------------------------------------------------------------------------x

14-MD-2543 (JMF)
14-MC-2543 (JMF)

ORDER NO. 9

JESSE M. FURMAN, United States District Judge:

      The Court agrees with Lead Counsel that, in the interest of minimizing costs, "only those lawyers involved" in a particular "hearing/status conference" should be required to attend that hearing or conference in this multi-district litigation.  (14-MD-2543, Docket No. 258).  To that end, the Court will accommodate the request to set up a means by which counsel (and members of the press) can listen to (but not participate in) in hearings and conferences.

      For the **September 4, 2014** conference, the Court directs Lead and/or Liaison Counsel to set up a conference call number and to provide the information needed to access the call both to the Court and to any counsel or member of the press who requests it.  If possible, Lead and/or Liaison Counsel shall arrange it so that all participants in the call, other than the Court, are "muted" (that is, so that they can listen to, but not participate in, the call).  If such technology is not an option, anyone who calls into the conference call shall manually mute his or her call.

      In light of the foregoing, the September 4, 2014 conference — and any future conferences, unless otherwise indicated — will take place in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

      SO ORDERED.

Dated: August 28, 2014
       New York, New York

_____
JESSE M. FURMAN
United States District Judge