USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To All Actions*
------------------------------------------------------------------------x

14-MD-2543 (JMF)
14-MC-2543 (JMF)

**ORDER NO. 24**

JESSE M. FURMAN, United States District Judge:

Upon review of the parties' supplemental submissions concerning their disputes over the Plaintiff Fact Sheet ("PFS") to be used for personal injury and wrongful death plaintiffs (Docket Nos. 408 & 409), it is hereby ORDERED that the PFS shall include all of the questions proposed by Defendants and set forth in Exhibit A to their letter of November 14, 2014, **except** for Questions 22, 23, 42(b), 42(d), 44, 51, 58, and 61. In addition, Question 26 shall be limited to the "past ten (10) years" and Question 42(f) shall be limited to the driver of the Subject Vehicle.

The parties shall revise the PFS in light of the foregoing and submit a final version to the Court (along with final versions of the two PFSs for economic loss plaintiffs) with their supplemental submission concerning the proposed bellwether order due by tomorrow at 5 p.m. (Counsel should carefully proofread the PFSs before resubmitting them, as the current versions contain various errors. *See, e.g.*, Defendants' version Questions 42(h), 42(k), 42(w), RFP No. 11 (missing or erroneous punctuation); Defendants' version Question 43 ("question 48(a)-(x)" should be "question 42(a)-(x)"); Plaintiffs' version Question 42 ("(3)" should be "(10).")

SO ORDERED.

Date: November 17, 2014
New York, New York

_____
JESSE M. FURMAN
United States District Judge