```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

This Document Relates To All Actions
------------------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/28/2015

14-MD-2543 (JMF)
14-MC-2543 (JMF)

ORDER NO. 75

JESSE M. FURMAN, United States District Judge:

  Unless and until the Court orders otherwise, the Early Trial Cases (*see* Order No. 25 (14-MD-2543 Docket No. 422)) will be tried on the following schedule:

- Trial One shall take place between **January 11, 2016** and **February 5, 2016**;

- Trial Two shall take place between **March 14, 2016** and **April 1, 2016**;

- Trial Three shall take place between **May 2, 2016** and **May 20, 2016**;

- Trial Four shall take place between **July 25, 2016** and **August 12, 2016**;

- Trial Five shall take place between **September 12, 2016** and **September 30, 2016**; and

- Trial Six shall take place between **November 14, 2016** and **December 2, 2016**.

Counsel shall promptly advise the Court of any conflicts or reason to change those dates. Furthermore, counsel shall meet and confer with respect to a proposed order setting standard pretrial deadlines for all of these trials (for the submission of a joint pretrial order, dispositive motions, *Daubert* motions, *in limine* motions, requests to charge, proposed voir dire, and the like). Counsel should consult the Court's Individual Rules and Practices for Civil Cases for guidance on the relevant submissions.

  SO ORDERED.

Dated: August 28, 2015
   New York, New York

*[signature]*
JESSE M. FURMAN
United States District Judge