UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To All Actions*

------------------------------------------------------------------------------x

14-MD-2543 (JMF)
14-MC-2543 (JMF)

**ORDER NO. 82**

JESSE M. FURMAN, United States District Judge:

New GM's letter motion seeking an extension of time to submit corrections to the deposition transcript of Peter Judis (14-MD-2543, Docket No. 1504) is hereby GRANTED.

Additionally, going forward, the deadline to submit corrections to a deposition transcript under Order No. 36 ¶ 66 (Docket No. 604) may be extended for up to thirty (30) days on written agreement between Lead Counsel and counsel for New GM, without the need for approval by the Court. Except as herein modified, Paragraph 66 of Order No. 36 remains in effect.

The Clerk of Court is directed to terminate 14-MD-2543, Docket No. 1504.

SO ORDERED.

Dated: October 16, 2015
New York, New York

JESSE M. FURMAN
United States District Judge