USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*
*Fleck, et al. v. General Motors LLC, 14-cv-8176*
-----------------------------------------------------------------------------x

14-MD-2543 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

**[Regarding the Location of the First Bellwether Trial]**

The first bellwether trial in this multidistrict litigation ("MDL"), brought by Plaintiff Robert S. Scheuer, is scheduled to begin on January 11, 2016. (*See* Docket No. 1694). After conferring with the parties and the Court's District Executive, the Court has decided to conduct the trial in **Courtroom 506** of the **Thurgood Marshall United States Courthouse, 40 Foley Square**, and not in Courtroom 26A of the Daniel Patrick Moynihan Courthouse, as previously advised. (*See* Order No. 80, Docket No. 1380). The Final Pretrial Conference will also be held in Courtroom 506 on Wednesday, January 6, 2016, at 9:00 a.m.

SO ORDERED.

Dated: November 24, 2015
       New York, New York

_____
JESSE M. FURMAN
United States District Judge