UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)
14-MC-2543 (JMF)

ORDER

---------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

On November 14, 2019, the Potts Law Firm LLP ("Potts") filed a Motion for Declaratory Judgment on Assessments for State Filed and Unfiled Cases, along with a memorandum in support of that motion. *See* 14-MD-2543, ECF No. 7398. In light of the ongoing briefing with respect to a substantially similar motion filed by Bailey Cowan Heckaman PLLC ("BCH") on November 5, 2019, *see* 14-MD-2543, ECF No. 7368, the Court concludes that consolidated briefing would make sense. Accordingly, Lead Counsel shall file, no later than **November 19, 2019**, any opposition to **both** Potts's motion **and** BCH's motion, supported by a single memorandum of law not to exceed twenty-five pages, and Potts and BCH shall **jointly** file, no later than **November 26, 2019**, any reply in a single memorandum of law not to exceed fifteen pages. The Clerk of Court is directed to terminate ECF No. 7397 as duplicative.

SO ORDERED.

Dated: November 15, 2019
       New York, New York

_____
JESSE M. FURMAN
United States District Judge