UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543 (JMF)
14-MC-2543 (JMF)

*This Document Relates to All Actions*

ORDER NO. 165
-------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

Mindful that applicable law sometimes requires approval before the claims of certain plaintiffs (such as minors) can be settled or compromised, the following procedures shall apply going forward:

1. In the event that the parties reach a settlement and submit a stipulation of settlement (or voluntary dismissal) to the Court to be so ordered, the parties shall indicate, either in the stipulation itself or in an accompanying letter, whether or not approval is required for the plaintiffs included in the stipulation.

2. If approval is required, the parties shall further indicate, either in the stipulation itself or in an accompanying letter, whether such approval has been obtained and, if it has, furnish appropriate proof of the approval.

3. All submissions should comply with Rule 5.2 of the Federal Rules of Civil Procedure (e.g., by using a minor's initials instead of his or her full name) and/or, as appropriate, the Court's procedures for filing submissions under seal or in redacted form.

SO ORDERED.

Dated: December 30, 2019
New York, New York

_____
JESSE M. FURMAN
United States District Judge