UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

14-MD-2543
14-MC-2543

*This Document Relates to the Actions in Exhibit A*

ORDER NO. 170

-------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

**[Regarding the Closure of Certain MDL 2543 Member Cases]**

The Court understands that, in many of the member cases in this multidistrict litigation, the plaintiffs' claims have already been dismissed (in many instances following settlement, but occasionally by other means), and there are no open claims remaining.  Nevertheless, these cases still appear to be open, if only as a technical matter, on the Court's docket.  The attached Exhibit A identifies 52 actions currently open on the Court's docket in which plaintiffs' claims have apparently already been dismissed.

Accordingly, the Clerk of Court is directed close the cases listed in Exhibit A.  Any party who believes that a case has been erroneously closed by this Order shall, no later than **June 18, 2020**, file a letter motion to re-open the case and explain why the case should remain open.  Any party opposing a motion to re-open one of the cases closed pursuant to this Order shall file a response brief within **10 days** after the motion to re-open is filed.  Nothing in this Order shall be construed as a judgment under Federal Rules of Civil Procedure 54 or 58, nor shall this Order be construed as re-opening the time for seeking post-judgment relief or filing an appeal.

SO ORDERED.

Dated: June 1, 2020
      New York, New York

_____
JESSE M. FURMAN
United States District Judge

# Exhibit A

| Case Name | Case Number |
|---|---|
| Lambeth v. General Motors, LLC | 1:14-cv-05458-JMF |
| Duncan v. General Motors LLC | 1:14-cv-05881-JMF |
| Fleck et al v. General Motors, L.L.C. | 1:14-cv-08176-JMF |
| Boyd et al v. General Motors LLC | 1:14-cv-08385-JMF |
| McCormick et al v. General Motors, LLC et al | 1:14-cv-08892-JMF |
| Robinett v. General Motors LLC et al | 1:14-cv-09466-JMF |
| Carroll v. General Motors, LLC et al | 1:14-cv-09469-JMF |
| Lowe v. General Motors Company et al | 1:14-cv-09712-JMF |
| Dunn v. General Motors, L.L.C. | 1:14-cv-10006-JMF |
| Wren v. General Motors, LLC | 1:15-cv-00761-JMF |
| Bendermon et al v. General Motors, LLC | 1:15-cv-01354-JMF |
| Barros v. General Motors, L.L.C. et al | 1:15-cv-01794-JMF |
| Betancourt-Vega v. General Motors LLC et al | 1:15-cv-02638-JMF |
| Morgan v. General Motors, LLC | 1:15-cv-02844-JMF |
| Pittman v. General Motors, LLC | 1:15-cv-03330-JMF |
| Lelonek v. General Motors LLC | 1:15-cv-03641-JMF |
| Fobbs v. General Motors LLC | 1:15-cv-04182-JMF |
| Losey v. General Motors, LLC | 1:15-cv-07416-JMF |
| Campbell et al v. General Motors LLC | 1:15-cv-07445-JMF |
| Tarvin v. General Motors LLC | 1:15-cv-07929-JMF |
| Trujillo v. General Motors LLC | 1:16-cv-01779-JMF |
| Brooks et al v. General Motors, LLC | 1:16-cv-02335-JMF |
| Adams v. General Motors LLC | 1:16-cv-02715-JMF |
| Lam et al v. General Motors | 1:16-cv-05342-JMF |
| Monllos et al v. General Motors, LLC et al | 1:16-cv-07807-JMF |
| Fileff v. General Motors LLC | 1:16-cv-08311-JMF |
| Schmidt et al v. General Motors LLC | 1:16-cv-09085-JMF |
| Freeman et al v. General Motors LLC | 1:17-cv-01511-JMF |
| Soltes v. General Motors, LLC | 1:17-cv-09822-JMF |
| Edwards v. General Motors, LLC | 1:18-cv-00004-JMF |
| Downey v. General Motors, LLC | 1:18-cv-00109-JMF |
| Kelley v. General Motors, LLC | 1:18-cv-01905-JMF |
| Brewer v. General Motors LLC | 1:18-cv-02455-JMF |
| Anderson Wheeler v. General Motors, LLC | 1:18-cv-02464-JMF |
| Price v. General Motors, LLC | 1:18-cv-03873-JMF |
| McAdoo v. General Motors, LLC | 1:18-cv-03874-JMF |
| Bell et al v. General Motors, LLC | 1:18-cv-03877-JMF |

| Case Name | Case Number |
|---|---|
| Hagan v. General Motors, LLC | 1:18-cv-03878-JMF |
| Seals et al v. General Motors LLC | 1:18-cv-04487-JMF |
| Perry v. General Motors, LLC | 1:18-cv-04780-JMF |
| Hudon v. General Motors, LLC | 1:18-cv-05353-JMF |
| DiSchiavi v. General Motors, LLC | 1:18-cv-05438-JMF |
| Cardwell v. General Motors, LLC | 1:18-cv-05499-JMF |
| Lewis v. General Motors, LLC | 1:18-cv-08092-JMF |
| Densman v. General Motors, LLC | 1:19-cv-00394-JMF |
| Clifton v. General Motors, LLC | 1:19-cv-06094-JMF |
| Andino v. General Motors LLC | 1:19-cv-06352-JMF |
| Gentry v. General Motors LLC | 1:19-cv-08580-JMF |
| Gordon v. General Motors LLC | 1:19-cv-08587-JMF |
| Brown v. General Motors LLC | 1:19-cv-09471-JMF |
| Donato v. General Motors LLC | 1:19-cv-09472-JMF |
| Mallory v. General Motors LLC | 1:19-cv-09476-JMF |