UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates to All Cases*

------------------------------------------------------------------------------x

14-MD-2543
14-MC-2543

ORDER NO. 172

JESSE M. FURMAN, United States District Judge:

**[Regarding Sealed and Redacted Filings]**

The Court previously granted parties in this action permission to temporarily file documents under seal or in redacted form without first obtaining specific court approval and required that they contemporaneously file a notice that a document was filed under seal. ECF No. 4567 ("Order No. 133"). At the time that the Court issued Order No. 133, the Electronic Case Filing System in the Southern District of New York did not allow parties to restrict viewing access to a document filed on the docket, and it was therefore impossible for parties to file sealed or unredacted documents electronically. The Court's then-operative Individual Rules and Practices in Civil Cases therefore required parties to email unsealed and unredacted (clean and highlighted) versions of their filings to the Court.

The District's Electronic Case Filing System was recently changed to allow parties to restrict viewing access to documents filed on the docket, and the Court revised its Individual Rules and Practices in Civil Cases to reflect those changes. Going forward, parties should file any proposed sealed or redacted documents in accordance with Rules 7.C.ii-iv of the Court's Individual Rules and Practices in Civil Cases, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman. For the reasons stated in Order No. 133, however, the parties may temporarily file documents under seal or in redacted form, and they therefore do not need to file

a letter-motion seeking the Court's specific permission.  Parties should link all sealed filings to this Order or to Order No. 133, in accordance with Rule 6.12 of the Electronic Case Filing Rules & Instructions, available at https://nysd.uscourts.gov/rules/ecf-related-instructions.  In light of the fact that a docket entry for any sealed or redacted filings will appear on the docket, the parties also need not file a notice that a document was filed under seal.  Except to the extent modified here, Order No. 133 remains in effect.

     SO ORDERED.

Dated: June 26, 2020
      New York, New York

                                      JESSE M. FURMAN
                              United States District Judge