UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

IN RE:                                                             14-MD-2543
                                                                  14-MC-2543

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION     ERRATUM ORDER

------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

       The Opinion and Order docketed on August 7, 2020, *see* 14-MD-2543, ECF No. 8090; 14-MC-2543, ECF No. 397, contained an inadvertent error: The Firms must file the affidavit required by the Opinion and Order no later than **thirty days from the date of the Opinion and Order**, not within three weeks, as stated on the final page of the Opinion and Order. The Court will separately file an amended Opinion and Order, with that one change, later today.

       SO ORDERED.

Dated: August 10, 2020
       New York, New York                                          JESSE M. FURMAN
                                                                United States District Judge