UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x

IN RE:                                                                    14-MD-2543 (JMF)
                                                                          14-MC-2543 (JMF)
GENERAL MOTORS LLC IGNITION SWITCH LITIGATION
                                                                              ORDER

-----------------------------------------------------------------------------x

**[Regarding Access to the December 18, 2020 Fairness Hearing, Which Will Be Conducted Remotely by Telephone Due to the COVID-19 Pandemic]**

JESSE M. FURMAN, United States District Judge:

On April 27, 2020, the Court preliminarily approved a proposed class action settlement in this litigation and scheduled a Fairness Hearing for **December 18, 2020**, at **9:30 a.m.** as described in the preliminary approval order. *See* ECF No. 7877, ¶ 39.

In light of the COVID-19 situation, the Fairness Hearing scheduled for **December 18, 2020** at **9:30 a.m.** will be held by remotely by telephone using the Court's dedicated conference call system (*not* CourtCall). At least **forty-eight hours before the conference**, Plaintiffs' Liaison Counsel shall email to the Court the names and telephone numbers of those who will have speaking roles at the conference, and the Court will provide call-in information to Liaison Counsel to provide to those counsel. All others — counsel who will not have speaking roles and members of the public — may listen to the conference by calling (888) 363-4749 and using access code 542-1540 followed by the pound (#) key. The parties are reminded to follow the procedures for teleconferences described in the Court's Emergency Individual Rules and Practices in Light of COVID-19, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman.

Finally, the parties are ordered to ensure the MDL Website includes a copy of this Order and provides the relevant dial-in information for accessing the Fairness Hearing.

SO ORDERED.

Dated: November 24, 2020
       New York, New York                            _____
                                                       JESSE M. FURMAN
                                                       United States District Judge