UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                  :
IN RE:                  :
                  :    14-MD-2543 (JMF)
GENERAL MOTORS LLC IGNITION SWITCH    :    14-MC-2543 (JMF)
LITIGATION            :
                  :    <u>ORDER</u>
*This Document Relates To All Actions*    :
                  :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On September 22, 2022, Plaintiffs submitted a motion seeking authorization for distribution to participating counsel from the Common Benefit Order Fund. ECF No. 8776. The Plaintiffs' proposed briefing schedule is adopted — that is, any opposition shall be filed by **September 29, 2022**, and any reply shall be filed by **October 4, 2022**. Additionally, by **September 28, 2022**, Plaintiffs are directed to submit, for *in camera* review if appropriate, an accounting of what remains in the Common Benefit Fund and an explanation of why the fees and costs sought now were not known or requested in their last application.

       SO ORDERED.

Dated: September 23, 2022
       New York, New York

                                  JESSE M. FURMAN
                                  United States District Judge