UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates to All Actions*

14-MD-2543 (JMF)
14-MC-2543 (JMF)

**ORDER NO. 179**

-------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

**[Regarding Closure of the MDL]**

This multidistrict litigation ("MDL") began in June 2014. *See* 14-MD-2543, ECF No. 1. Earlier today, the Court filed a Memorandum Opinion and Order granting summary judgment to New GM in the last remaining member case. *See* 14-MD-2543, ECF No. 8786. In light of that development, there is no longer a reason to keep these proceedings open.[1] Accordingly, and with sincere thanks to all counsel for assisting the Court in steering this massive litigation to a conclusion, the Court directs the Clerk of Court (1) to close both 14-MD-2543 and 14-MC-2543; and (2) to send a copy of this Order to the Judicial Panel on Multidistrict Litigation with the suggestion that its parallel proceedings be closed too.

SO ORDERED.

Dated: December 9, 2022
       New York, New York

_____
JESSE M. FURMAN
United States District Judge

---

[1] The Court recognizes that some member cases, although closed in light of pending settlements, have not yet been dismissed. But that does not require the MDL to remain open. To the extent that there is any need, any party may move to reopen the MDL.